UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY OKEITH EASTER,<br>Plaintiff,<br>v.<br>JERRY BROWN, et al.,<br>Defendants. | No. 2:26-cv-00843-TLN-SCR<br><br>**ORDER** |

Plaintiff is proceeding pro se in this matter, which was referred to the magistrate judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On July 8, 2026, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within 14 days. (ECF No. 5.) Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 8, 2026 (ECF No. 5), are ADOPTED in full;

2. Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is DENIED;

3. Plaintiff's Complaint and this action are dismissed without prejudice for failure to state a claim and for failure to comply with the Court's order and Local Rules; and

4. The Clerk of Court is directed to enter judgment and close this case.

IT IS SO ORDERED.

DATE: September 8, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE